IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR184 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE EUGENE ENCINAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court for review of detention. The Court finds defendant should be released pursuant to the conditions recited in open court. Accordingly,

IT IS ORDERED that the United States Marshal shall furnish to defendant a one-way bus ticket to Tucson, Arizona.

DATED this 2nd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court