IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR184 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE EUGENE ENCINAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after having been advised that the United States Marshal will not have defendant in the District of Nebraska at the time of his scheduled sentencing. Accordingly,

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Friday, August 10, 2007 at 1:30 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 16th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court